OPINION — AG — **** COUNTY COMMISSIONERS-SUPERVISION-ROADS **** THE BOARDS OF COUNTY COMMISSIONERS DO NOT HAVE THE AUTHORITY OR POWER TO MAKE A DIVISION OF A COUNTY FOR PURPOSES OF ROAD SUPERVISION; BUT, UNDER 69 O.S. Supp. 1968, SECTION 601[69-601], [69-601], THE BOARDS OF COUNTY COMMISSIONERS HAVE THE DUTY TO CONSTRUCT AND MAINTAIN AS COUNTY HIGHWAYS THOSE ROADS WHICH BEST SERVE THE MOST PEOPLE OF THE COUNTY. CITE: 69 O.S. 1961 292 [69-292], OPINION NO. 67-392, 69 O.S. 1968 Supp., 1906 [69-1906], 19 O.S. 1961 328 [19-328] ROBERT D. MCDONALD ** SEE OPINION NO. 91-579 (1991) ** SEE: OPINION NO. 69-220 (1969) **